**TRAUB** LIEBERMAN

Mid-Westchester Executive Park | 7 Skyline Drive | Hawthorne, NY 10532
DIRECT (914) 586-7061 | MAIN (914) 347-2600 | FAX (914) 347-8898

Hillary J. Raimondi | Partner | hraimondi@tlsslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2021

January 26, 2021

**VIA ECF**

Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Florez v. Raoul's Restaurant Film Corp et ano..*
               Case No.: 20 Civ. 10417

Dear Judge Torres:

       This firm was recently retained to represent Defendant 180 Prince Street LLC ("Defendant") in the above-referenced action. I write pursuant to Rule 1(C) of Your Honor's Individual Practices in Civil Cases, to respectfully request an extension of time for Defendant to file its answer to March 26, 2021. Although the docket reflects service through the New York Secretary of State and an answer due date of January 13, 2021, Defendant only recently became aware of the pendency of the instant action through a search of the court's docket. This is the first such request and Plaintiff consents to such extension.

       The parties also jointly request that the conference currently scheduled for February 9, 2021 be adjourned sixty days so that the parties can explore whether the instant action can be resolved without the need for further litigation. We thank the Court for its consideration of this request.

GRANTED in part, DENIED in part.  By **February 15, 2021**, Defendant 180 Prince Street LLC shall answer or otherwise respond to the complaint.  The conference scheduled for February 9, 2021, is ADJOURNED to **February 22, 2021**, at **11:00 a.m.**  By **February 16, 2021**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 27, 2021
       New York, New York

                                                ANALISA TORRES
                                     United States District Judge